708

The People of the State of Illinois, Respondent-Appellee, *v.* Robert L. Hudson, Petitioner-Appellant.

(No. 56737;

First District (1st Division)—September 24, 1973.

*Rehearing denied October 17, 1973.*

PER CURIAM.
· BURKE, P. J., took no part.

Paul Bradley, Deputy Defender, of Chicago, (Gordon H. Berry, Assistant Appellate Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (James S. Veldman and Thomas G. White, Assistant State's Attorneys, of counsel,) for the People.

The People of the State of Illinois, Plaintiff-Appellee, *v.* John Darrell Mansfield, Defendant-Appellant.

(No. 56887;

First District (1st Division)—September 24, 1973.